IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER L. ROLLER                                                                PLAINTIFF
ADC #147798

v.                                          5:12-cv-00245-KGB-JJV

MARTIN ZOLDESSY,
Corizon Medical Health; *et al.*,                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The claims against defendants Zoldessy, Hobbs, Kelly, and Lindsey are DISMISSED for plaintiff's failure to state a claim on which relief may be granted.

SO ORDERED this 19 day of November, 2012.

_____
Kristine G. Baker
United States District Judge