IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHRISTOPHER L. ROLLER**
**ADC #147798**                                                                                      **PLAINTIFF**

v.                       Case No. 5:12CV00245KGB-JJV

**MARTIN ZOLDESSY,**
**Corizon Medical Health;** *et al.*,                                                       **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 34). No objections have been filed, despite the Court's mailing twice the Proposed Findings and Recommended Partial Disposition to plaintiff Christopher L. Roller (Dkt. Nos. 34, 38). After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. The motions for summary judgment (Dkt. Nos. 14, 31) are denied.

2. Defendant Stephen D. Williams's motion to dismiss (Dkt. No. 20) is granted in part and denied in part:

    A. Dismissal of official capacity claims is granted.

    B. Dismissal of individual capacity claims on the basis of qualified immunity is denied.

SO ORDERED this 9th day of September, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE