**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**CHRISTOPHER L. ROLLER**
**ADC #147798**                                                                                           **PLAINTIFF**

v.                              Case No. 5:12CV00245KGB-JJV

**MARTIN ZOLDESSY,**
**Corizon Medical Health;** *et al.*,                                                              **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 35). No objections have been filed, despite the Court's mailing twice the Proposed Findings and Recommended Partial Disposition to plaintiff Christopher L. Roller (Dkt. Nos. 35, 38). After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1.     Plaintiff's claims against Defendant Brenda Nuff are dismissed without prejudice, and Ms. Nuff is dismissed as a defendant in this matter.

SO ORDERED this 9th day of September, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE