IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER L. ROLLER
ADC #147798                                                                       PLAINTIFF

v.                      Case No. 5:12CV00245KGB-JJV

MARTIN ZOLDESSY,
Corizon Medical Health; *et al.*,                                           DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 39). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It is therefore ordered that:

1. the Motion to Dismiss for Failure to Prosecute filed by separate defendants Dr. Jessica Jackson, Dr. Jamie Moore, Sharon King, and Judy Savoy is granted (Dkt. No. 36).

2. plaintiff's complaint (Dkt. No. 2) is dismissed with prejudice as to his claims against separate defendants Dr. Jessica Jackson, Dr. Jamie Moore, Sharon King, and Judy Savoy in accordance with Federal Rule of Civil Procedure 41(b).

Further, this Court orders that plaintiff's complaint (Dkt. No. 2) is dismissed without prejudice as to his claims against separate defendant Stephen Williams in his individual capacity in accordance with Local Rule 5.5(c)(2) of the Eastern and Western Districts of Arkansas for plaintiff's failure to update this Court with his most current address as required by the Local Rule.

SO ORDERED this 9th day of September, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE