**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**CHRISTOPHER L. ROLLER**
**ADC #147798**                                                                          **PLAINTIFF**

v.                          Case No. 5:12CV00245KGB-JJV

**MARTIN ZOLDESSY,**
**Corizon Medical Health;** *et al.*,                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Orders entered on this day, it is considered, ordered, and adjudged that plaintiff's complaint is dismissed with prejudice as to his claims against separate defendants Dr. Jessica Jackson, Dr. Jamie Moore, Sharon King, Judy Savoy, and Stephen Williams in his official capacity and dismissed without prejudice as to his claims against separate defendants Brenda Nuff and Stephen Williams in his individual capacity.

SO ORDERED this 9th day of September, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE